FILED:  August 6, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 25-1887
(8:24-cv-03198-TDC)

———————————

ALLISON BROWN

> Plaintiff - Appellant

v.

WASHINGTON UNIVERSITY SCHOOL OF LAW, Individually and in their official capacity; ELIZABETH WALSH, Individually and in their official capacity; ADRIENNE DAVIS, Individually and in their official capacity; CARRIE BURNS, Individually and in their official capacity; RUSSELL OSGOOD, Individually and in their official capacity; ROBERT WILD, Individually and in their official capacity; DARRELL HUDSON, Individually and in their official capacity; DEANNA WENDLER-MODDE, Individually and in their official capacity; NICOLE GORE, Individually and in their official capacity; PEGGIE SMITH, Individually and in their official capacity; MARK KAMIMURA-JIMENEZ, Individually and in their official capacity; ELIZABETH KATZ, Individually and in their official capacity; ANGELA SMITH, Individually and in their official capacity; WASHINGTON UNIVERSITY, Individually and in their official capacity

> Defendants - Appellees

This case has been opened on appeal.

| Originating Court | United States District Court for the District of Maryland at Greenbelt |
|---|---|
| Originating Case Number | 8:24-cv-03198-TDC |

| Date notice of appeal filed in originating court: | 08/04/2025 |
|---|---|
| Appellant | Allison Brown |
| Appellate Case Number | 25-1887 |
| Case Manager | Paige L. Ballard 804-916-2702 |