UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| **ALLISON BROWN**,         ) | |
|     Petitioner - Appellant,    ) | |
| v.                           ) | No. 25-1887 |
| **WASHINGTON UNIVERSITY**    ) | |
| Et al.,                      ) | |
|     Respondents - Appellees.    ) | |
|     )| |

**MOTION TO AMEND CAPTION**

    Petitioner/Appellant Allison Brown respectfully requests to file a Motion to Amend the caption in the above matter to reflect the correct main Defendant: Washington University.

    "Washington University School of Law" is not the correct legal entity to be on the caption in this case. Washington University, EIN No. 43-0653611, (hereinafter "WashU") is commonly referred to as Washington University in St. Louis and is comprised of nine schools and a vast array of departments. The nine schools are: 1) Arts &amp; Sciences, 2) Brown School, 3) McKelvey School of Engineering, 4) Olin Business School, 5) Sam Fox School of Design and Visual Arts, 6) School of Continuing and Professional Studies (CAPS), 7) School of Law, 8) School of Medicine, and 9) School of Public Health. The School of Law is not an independent legal entity, and thus, should not be included on the caption because it is not the lead Defendant.

Respectfully submitted,

_[signature]_

Allison Brown, Petitioner/Appellant                                          8/20/2025