**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 20, 2025

_____

RESPONSE REQUESTED

_____

No.    25-1887,    <u>Allison Brown v. Washington University School of Law</u>
8:24-cv-03198-TDC

TO:    Appellees

RESPONSE DUE: 09/02/2025

Response is required to the motion to amend/correct caption on or before 09/02/2025.

Paige L. Ballard, Deputy Clerk
804-916-2702