UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| Allison Brown, | * |
|     Plaintiff-Appellant, | * |
| v. | *　　No. 25-1887 |
| Washington University, et al., | * |
|     Defendants-Appellees | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## APPELLEES' RESPONSE TO APPELLANT'S MOTION TO AMEND CAPTION

Appellees Washington University,[1] et al., by and through their undersigned counsel and at the Court's request, hereby submit their response to Appellant's Motion to Amend Caption. Appellees do not oppose Appellant's Motion to Amend Caption and concur.

NOW THEREFORE, Appellees Washington University, et al., respectfully requests that this Court issue an Order granting Appellant's Motion to Amend Caption.

Date: September 2, 2025

Respectfully submitted,

*/s/ Alicia Pitts*

Alicia M.S. Pitts (AIS #2311290078)
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, Maryland 21202
T: (410) 332-8693
alicia.pitts@saul.com

*Attorney for Defendants-Appellees*

---

[1] Washington University's legal name is The Washington University.