UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| **ALLISON BROWN**, | ) | |
|     Petitioner - Appellant, | ) | |
| v. | ) | No. 25-1887 |
| **THE WASHINGTON UNIVERSITY** | ) | |
| Et al., | ) | |
|     Respondents - Appellees. | ) | |
| | ) | |

### MOTION TO AMEND CAPTION AND CHANGE DEFENDANT NAME

Petitioner/Appellant Allison Brown respectfully requests to file a Motion to Amend the caption in the above matter to reflect the correct and reflect the main Defendant's legal names: "The Washington University d/b/a Washington University d/b/a Washington University in St. Louis." Per Defendants' most recent filing, they have informed the Court that the correct legal name for Defendant is "The Washington University." However, their website states the following: "The legal name of the University is The Washington University. The Washington University is a corporation established by Act of the General Assembly of the State of Missouri approved February 22, 1853. The Washington University is also known as, and does business under the names Washington University and Washington University in St. Louis. However, all legal documents entered into for and on behalf of the University must use the institution's legal name, The Washington University." As such, Plaintiff requests to change the caption to reflect The Washington University's true legal name, "The Washington University."

Plaintiff wants to be unequivocally clear that she is bringing suit against The Washington University, EIN No. 43-0653611, (hereinafter "WashU") who is commonly referred to as Washington University in St. Louis and is comprised of nine schools and a vast array of

departments. The nine schools are: 1) Arts &amp; Sciences, 2) Brown School, 3) McKelvey School of Engineering, 4) Olin Business School, 5) Sam Fox School of Design and Visual Arts, 6) School of Continuing and Professional Studies (CAPS), 7) School of Law, 8) School of Medicine, and 9) School of Public Health. Plaintiff respectfully requests the court to find "The Washington University d/b/a Washington University d/b/a Washington University in St. Louis." in the caption as a jural entity party to this litigation. Plaintiff wants to ensure that she has the proper Defendant to this action; if required by this Court of Appeals, Plaintiff also requests to amend the list of Defendants to include "The Washington University."

Plaintiff is pro-se. If there is anything that Plaintiff needs to do to hold The Washington University, EIN No. 43-0653611, (hereinafter "WashU"), et al, Defendants, and the other named Defendants in this action responsible – please do not hesitate to let the Plaintiff know.

Respectfully submitted,

Allison Brown, Petitioner/Appellant                              9/3/2025

Washington University in St. Louis

# Office of the Vice Chancellor and General Counsel

## Frequently Asked Questions

**What type of legal services does OGC provide?** ⌄

**Who does OGC represent?** ⌄

**Can I retain outside counsel for a University matter?** ⌃

No. The decision to retain outside counsel rests solely with OGC as set forth in the University's Policy on Retention and Instruction of Outside Counsel. OGC considers a number of factors when making a determination to engage outside counsel, including cost and the subject matter of the representation. Faculty, staff and students may not employ outside attorneys to represent or provide legal services to the University or its affiliated entities. Additionally, University personnel should not contact outside counsel concerning University business without first consulting the OGC and all communications from outside attorneys should be referred to the OGC promptly.

If you believe outside counsel is needed for a University matter, you should contact OGC. An OGC attorney will evaluate the matter and determine whether outside counsel is necessary or appropriate. If so, the OGC attorney will retain outside counsel with the required expertise.

# Do I have signature authority to sign contracts or to enter into a transaction on behalf of the University?

# I received a subpoena to appear as a witness in a case. What should I do?

If you have been subpoenaed in connection with your duties or activities at the University, contact the OGC for further instructions. If you have been subpoenaed in a matter unrelated to the University, you should consult your personal legal counsel.

# I received a subpoena to turn over documents (a subpoena duces tecum) relating to University business. How should I respond?



You should **not** turn over documents to anyone without first consulting with the OGC. You should forward a copy of the subpoena to OGC. An attorney will work with you to gather responsive documents and take appropriate legal action with respect to the requested documents and the subpoena.

# I received a bankruptcy notice where the University is listed as a creditor. What should I do?



You should forward a copy of the notice to the OGC. Our office will investigate any potential claim and take appropriate legal action to protect the University's interest in the bankruptcy matter.

USCA4 Appeal: 25-1887      Doc: 25          Filed: 09/03/2025      Pg: 5 of 7

9/3/25, 6:08 PM                                    Frequently Asked Questions | Office of the Vice Chancellor and General Counsel | Washington University in St. Louis

## I have been contacted by a law enforcement officer or enforcing agency about University matters. What should I do? 

When contacted by law enforcement officials, including the FBI, the police or other enforcing agencies seeking access to University records and files or requesting to interview University faculty or staff regarding University matters, you should politely inform the officer that the University will generally cooperate but only in consultation with its legal counsel. Request a copy of any subpoena or search warrant produced by the officer and contact the OGC immediately for further instructions.

## I am being sued. Will the OGC represent me?

If you are being sued as a result of activities performed within the scope of your University employment, the University will provide protection from liability for such activities in accordance with the terms of Article VIII of the University's Bylaws.

If you are being sued in your individual capacity for activities unrelated to the University, OGC cannot represent or defend you. In such event, we also cannot refer you to specific counsel. However, you may want to contact one of the following lawyer referral services for assistance:

- The Missouri Bar Lawyer Referral Service (573) 636-3635
- The Bar Association of Metropolitan St. Louis Lawyer Referral and Information Service (314) 421-4134
- Illinois State Bar Association 1-800-252-8908

USCA4 Appeal: 25-1887    Doc: 25    Filed: 09/03/2025    Pg: 6 of 7

9/3/25, 6:08 PM                                    Frequently Asked Questions | Office of the Vice Chancellor and General Counsel | Washington University in St. Louis

## What should I do if someone tries to serve me with legal documents? ∧

Only the OGC should accept service of legal process (such as a summons and complaint) for the University. If a process server attempts to serve you with documents for the University, you should politely decline and direct him or her to OGC. If you are served documents that name you individually but in your official capacity with the University, you can accept service on your own behalf. In such event, notify OGC immediately and forward the documents to this office. You may wish to keep a copy for your records. OGC will review the documents and contact you to discuss your further involvement, if any.

If you are served with a subpoena or other legal document addressed to you concerning a non-University matter, you should seek the advice of private outside counsel.

## The University has a variety of names and nicknames. Which one should I use? ∧

The legal name of the University is The Washington University. The Washington University is a corporation established by Act of the General Assembly of the State of Missouri approved February 22, 1853. The Washington University is also known as, and does business under the names Washington University and Washington University in St. Louis. However, all legal documents entered into for and on behalf of the University must use the institution's legal name, The Washington University. For more information on the University's names, nicknames, logos, symbols and marks, contact the University's Office of Public Affairs (https://publicaffairs.wustl.edu/) .

## What is the tax status of the University? ∨

Danforth Campus

1 Brookings Drive

USCA4 Appeal: 25-1887      Doc: 25            Filed: 09/03/2025      Pg: 7 of 7

9/3/25, 6:08 PM                                    Frequently Asked Questions | Office of the Vice Chancellor and General Counsel | Washington University in St. Louis

Mailstop 1058-0149-02

St. Louis, MO 63130

314-935-5152  |  Fax: 314-230-1893

©2025 Washington University in St. Louis