FILED: February 3, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1887
(8:24-cv-03198-TDC)
_____

ALLISON SYDNEY BROWN

   Plaintiff – Appellant

v.

THE WASHINGTON UNIVERSITY, Individually and in their official capacity; ELIZABETH WALSH, Individually and in their official capacity; ADRIENNE DAVIS, Individually and in their official capacity; CARRIE BURNS, Individually and in their official capacity; RUSSELL OSGOOD, Individually and in their official capacity; ROBERT WILD, Individually and in their official capacity; DARRELL HUDSON, Individually and in their official capacity; DEANNA WENDLER-MODDE, Individually and in their official capacity; NICOLE GORE, Individually and in their official capacity; PEGGIE SMITH, Individually and in their official capacity; MARK KAMIMURA-JIMENEZ, Individually and in their official capacity; ELIZABETH KATZ, Individually and in their official capacity; ANGELA SMITH, Individually and in their official capacity

   Defendants - Appellees

_____

O R D E R
_____

Upon consideration of the motion to amend/correct caption, the court grants

the motion and amends the caption as shown above.

                                       For the Court--By Direction

                                       <u>/s/ Nwamaka Anowi, Clerk</u>