FILED: March 3, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1887
(8:24-cv-03198-TDC)

_____

ALLISON SYDNEY BROWN

       Plaintiff - Appellant

v.

THE WASHINGTON UNIVERSITY, Individually and in their official capacity;
ELIZABETH WALSH, Individually and in their official capacity; ADRIENNE
DAVIS, Individually and in their official capacity; CARRIE BURNS,
Individually and in their official capacity; RUSSELL OSGOOD, Individually and
in their official capacity; ROBERT WILD, Individually and in their official
capacity; DARRELL HUDSON, Individually and in their official capacity;
DEANNA WENDLER-MODDE, Individually and in their official capacity;
NICOLE GORE, Individually and in their official capacity; PEGGIE SMITH,
Individually and in their official capacity; MARK KAMIMURA-JIMENEZ,
Individually and in their official capacity; ELIZABETH KATZ, Individually and
in their official capacity; ANGELA SMITH, Individually and in their official
capacity

       Defendants - Appellees

_____

TEMPORARY STAY OF MANDATE
_____

       Under Fed. R. App. P. 41(b), the filing of a timely petition for rehearing or

rehearing en banc stays the mandate until the court has ruled on the petition. In

accordance with Rule 41(b), the mandate is stayed pending further order of this court.

*/s/Nwamaka Anowi, Clerk*