FILED:  March 31, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1887
(8:24-cv-03198-TDC)

_____

ALLISON SYDNEY BROWN

       Plaintiff – Appellant

v.

THE WASHINGTON UNIVERSITY, Individually and in their official capacity;
ELIZABETH WALSH, Individually and in their official capacity; ADRIENNE
DAVIS, Individually and in their official capacity; CARRIE BURNS,
Individually and in their official capacity; RUSSELL OSGOOD, Individually and
in their official capacity; ROBERT WILD, Individually and in their official
capacity; DARRELL HUDSON, Individually and in their official capacity;
DEANNA WENDLER-MODDE, Individually and in their official capacity;
NICOLE GORE, Individually and in their official capacity; PEGGIE SMITH,
Individually and in their official capacity; MARK KAMIMURA-JIMENEZ,
Individually and in their official capacity; ELIZABETH KATZ, Individually and
in their official capacity; ANGELA SMITH, Individually and in their official
capacity

       Defendants - Appellees

_____

O R D E R

_____

The court denies the petition for rehearing and rehearing en banc. No judge

requested a poll under Fed. R. App. P. 40 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Wynn, Judge Harris, and Senior Judge Traxler.

For the Court

/s/ Nwamaka Anowi, Clerk