## UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

ALLISON BROWN,                               )

    Petitioner - Appellant,       )

v.                                           )                    No. 25-1887

THE WASHINGTON UNIVERSITY          )

Et al.,                                      )

    Respondents - Appellees.   )

                                         )

## MOTION FOR RECONSIDERATION AND PUBLISH OPINION

I am filing this motion for reconsideration because I believe that Defendant The Washington University has lied to the court regarding its myriad contracts, and intentionally omitted its contacts in the state of Maryland – including those with myself.

The Washington University is currently employing me, Allison Brown, a Maryland resident, through a research grant. I have never been fired nor have I resigned. The Washington University holds thousands of other research and contractual agreements with other Maryland residents. These thousands of contracts, amounting to billions of dollars in transactions with Maryland residents, including myself – are insufficient to confer specific jurisdiction to exercise personal jurisdiction over The Washington University et al under *Ford Motor Co.*

*v. Montana Eighth Judicial District Court*, 592 U.S. ___ (2021) and *UMG*

*Recordings, Inc. v. Kurbanov*, 963 F.3d 344 (4th Cir. 2020)

Can one singular judge at the 4th Circuit Court of Appeals **please confirm**

**that they have read my filings** and that the 4th Circuit unilaterally reject and

refuse to apply the Supreme Court's findings in *Ford Motor Co. v. Montana Eighth*

*Judicial District Court*, 592 U.S. ___ (2021) **("ARISE OUT OF OR RELATE**

**TO")**  and *UMG Recordings, Inc. v. Kurbanov*, 963 F.3d 344 (4th Cir. 2020) to this

case?

A slip-opinion and summary dismissal constituting one sentence and one

paragraph is plainly insufficient. The 4th Circuit should not discount the myriad

contacts that The Washington University has with myself and other researchers in

the state of Maryland.

I must ask: do you feel you all can dismiss my appeal so easily because I am

a Black pro-se litigant? Please advise.

Respectfully submitted,

Allison Brown

03/31/2026