FILED: March 31, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1887
(8:24-cv-03198-TDC)

_____

ALLISON SYDNEY BROWN

　　　　Plaintiff - Appellant

v.

THE WASHINGTON UNIVERSITY, Individually and in their official capacity;
ELIZABETH WALSH, Individually and in their official capacity; ADRIENNE DAVIS,
Individually and in their official capacity; CARRIE BURNS, Individually and in their
official capacity; RUSSELL OSGOOD, Individually and in their official capacity;
ROBERT WILD, Individually and in their official capacity; DARRELL HUDSON,
Individually and in their official capacity; DEANNA WENDLER-MODDE, Individually
and in their official capacity; NICOLE GORE, Individually and in their official capacity;
PEGGIE SMITH, Individually and in their official capacity; MARK KAMIMURA-
JIMENEZ, Individually and in their official capacity; ELIZABETH KATZ, Individually
and in their official capacity; ANGELA SMITH, Individually and in their official capacity

　　　　Defendants - Appellees

_____

O R D E R

_____

　　　Upon consideration of the motion to reconsider and publish the opinion, the court

denies the motion.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk