# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 4, 2026

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

> Re:  Allison Sydney Brown
> v. Washington University, et al.
> No. 25-1353
> (Your No. 25-1887)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on May 28, 2026 and placed on the docket June 4, 2026 as No. 25-1353.

Sincerely,

**Scott S. Harris**, Clerk

by

Irma Orellana
Case Analyst